239 So.2d 355

**Roland FUSELIER**

v.

**EMPLOYERS INSURANCE OF WAUSAU et al.**

No. 50746.

Sept. 25, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

239 So.2d 355

**William E. McCRAY, M.D. and William P. Cloyd, Jr., M.D.**

v.

**James H. BLACKBURN, M.D.**

No. 50753.

Sept. 25, 1970.

Writ refused. We find no error of law in the judgment of the Court of Appeal.